IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.   CASE NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants.

## ORDER

The Court hereby designates retired United States special agent and TCA investigator José Pujol to conduct an independent evaluation and assessment, followed by a report, of the May 1 demonstrations. The parties shall fully cooperate with him and immediately agree as to the evaluation's methodology. See, e.g., Order of April 26, 2017, Docket No. 511 at 2, lines 4-7.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of May, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge